1  Douglas Han, WSBA # 59429
   Shunt Tatavos-Gharajeh, WSBA # 59424
2  Dean Petitta, WSBA # 58295
   **JUSTICE LAW CORPORATION**
3  751 N. Fair Oaks Ave., Ste. 101
   Pasadena, California 91103
4  Telephone: (818) 230-7502
   Facsimile: (818) 230-7259
5

6

7              **UNITED STATES DISTRICT COURT**

8              **EASTERN DISTRICT OF WASHINGTON**

9

10 | DERRICK GILBERT, COLE NYCE,
11 | individually and on behalf of all others     NO. 4:25-cv-05040-MKD
   | similarly situated,
12 |                                              **FIRST AMENDED CLASS**
   |                Plaintiffs,                   **ACTION COMPLAINT**
13 |
   |         v.
14 |                                              **JURY TRIAL DEMANDED**
   | LAMB WESTON, INC., an Idaho
15 | corporation;
   |
16 |                Defendant.

17

18

19

20

21

22

23

24

FIRST AMENDED CLASS ACTION COMPLAINT
– 1

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

Plaintiffs Derrick Gilbert and Cole Nyce, by their undersigned counsel, for their class action complaint against Defendant Lamb Weston, Inc., allege as follows:

## I. INTRODUCTION

1.1 <u>Nature of Action.</u> Defendant has engaged in a systematic scheme of wage and hour abuses against its Washington hourly-paid or non-exempt employees. These abuses include: (1) failing to provide employees with the rest breaks to which they are entitled; (2) failing to provide employees with the meal breaks to which they are entitled; (3) failing to pay all minimum wages to employees for all hours worked; (4) failing to pay all overtime wages to employees when they work more than 40 hours in a workweek; and (5) failing to accrue sick leave for and failing to allow the usage of paid sick leave for qualifying absences by employees; and (6) making unlawful deductions and rebates from employees' wages. Defendant's deliberate and willful failure to pay their employees their earned wages violates Washington law.

1.2 Plaintiffs and the Class members are current and former hourly-paid or non-exempt employees of Defendant who have been victimized by Defendant's unlawful compensation practices. This lawsuit is brought as a class action under state law to recover unpaid wages owed to Plaintiffs and those similarly situated.

## II. JURISDICTION AND VENUE

2.1 <u>Jurisdiction.</u> Defendant removed this action to Federal Court and this Court thereby has removal jurisdiction under 28 U.S.C. § 1441.

2.2 <u>Venue.</u> Plaintiffs initially filed this Complaint in Washington State Superior Court for the County of Benton. This Court is the appropriate removal venue for a removal from Benton County Superior Court. Venue was proper in

FIRST AMENDED CLASS ACTION COMPLAINT – 2

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

Benton County Superior Court because Defendant operates and transacts business in Benton County. RCW 4.12.025(1), (3).

2.3    Governing Law.  The claims asserted on behalf of Plaintiffs and the Class members in this complaint are brought solely under state law causes of action and are governed exclusively by Washington law.

### III.  PARTIES

3.1    Plaintiff Derrick Gilbert. Plaintiff Gilbert is a resident of Washington. Plaintiff Gilbert resides in Pasco, Washington. Defendant hired Plaintiff as a Handpacker and an Operator Handpack Packaging worker in Richland, Washington during the period from approximately September 2023-April 2024.

3.2    Plaintiff Cole Nyce. Plaintiff Nyce is a resident of Washington. Plaintiff Nyce resides in Kennewick, Washington. Defendant hired Plaintiff as a Parts Runner, Combine Operator, and Combine Maintenance worker in Richland, WA during the period from approximately May 2023-August 2023 and from approximately April 2024-August 2024.

3.3    Defendant Lamb Weston, Inc. Defendant is an Idaho corporation with its principal place of business in Eagle, Idaho. Defendant maintained several Washington business locations, including but not limited to plants in Pasco, Kennewick, Richland, Paterson, Connell, Quincy, and Warden, Washington.

### IV.  CLASS ACTION ALLEGATIONS

4.1    Class Definition. Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs bring this case as a class action on behalf of a Class defined as follows:

> All hourly-paid or non-exempt employees of Defendant in the State of Washington at any time during the period from January 21, 2022 to final disposition of this action.

FIRST AMENDED CLASS ACTION COMPLAINT – 3

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California  91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

Excluded from the Class are any entity in which Defendant has a controlling interest or which has a controlling interest in Defendant, and Defendant's legal representatives, assignees, and successors. Also excluded are the judge to whom this case is assigned and any member of the judge's immediate family.

  4.2 <u>Numerosity.</u> Defendant states based on its records that there were 4,530 hourly-paid or non-exempt employees in the State of Washington during the relevant time period. ECF No. 2 at ¶ 5.

  4.3 <u>Commonality.</u> There are numerous questions of law and fact common to Plaintiffs and the Class members. These questions include, but are not limited to, the following:

   a. Whether Defendant has engaged in a common course of failing to provide Plaintiffs and the Class members with a ten-minute rest break for every four hours of work;

   b. Whether Defendant has engaged in a common course of requiring Plaintiffs and the Class members to work more than three consecutive hours without a rest break;

   c. Whether Defendant has engaged in a common course of failing to ensure that Plaintiffs and the Class members have received the rest breaks to which they are entitled;

   d. Whether Defendant has engaged in a common course of failing to provide Plaintiffs and the Class members with a thirty-minute meal break for every five hours of work;

   e. Whether Defendant has engaged in a common course of failing to ensure that Plaintiffs and the Class members have received the meal breaks to which they are entitled;

FIRST AMENDED CLASS ACTION COMPLAINT – 4

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

  f. Whether Defendant has engaged in a common course of failing to pay minimum wages to Plaintiffs and the Class members for all hours worked;

  g. Whether Defendant has engaged in a common course of failing to pay Plaintiffs and the Class members all of the overtime wages to which they are entitled;

  h. Whether Defendant has engaged in a common course of failing to accrue sick leave for and failing to allow the usage of paid sick leave for qualifying absences by Plaintiffs and the Class members.

  i. Whether Defendant has engaged in a common course of making deductions and collecting rebates from the wages of Plaintiffs and the Class members by requiring Plaintiffs and the Class members to incur employer expenses and failing to reimburse them.

  j. Whether Defendant has engaged in a common course of failing to pay Plaintiffs and the Class members all the wages to which they are entitled;

  k. Whether Defendant failed to keep true and accurate records of the hours worked, rates of pay, gross wages, and all deductions for each pay period for Plaintiffs and the Class members;

  l. Whether Defendant failed to furnish itemized pay statements to Plaintiffs and the Class members;

  m. Whether Defendant willfully deprived Plaintiffs and the Class members of the wages to which they were entitled;

  n. Whether Defendant has violated RCW 49.12.020;

  o. Whether Defendant has violated WAC 296-126-092;

  p. Whether Defendant has violated RCW 49.46.130;

FIRST AMENDED CLASS ACTION COMPLAINT – 5

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

    q.    Whether Defendant has violated RCW 49.46.090;

    r.    Whether Defendant has violated RCW 49.46.210;

    s.    Whether Defendant has violated RCW 49.48.010;

    t.    Whether Defendant has violated WAC 296-126-025;

    u.    Whether Defendant has violated WAC 296-126-028;

    v.    Whether Defendant has violated WAC 296-128-620;

    w.    Whether Defendant has violated RCW 49.52.050; and

    x.    The nature and extent of class-wide injury and the measure of compensation for such injury.

    4.4    <u>Typicality.</u> Plaintiffs's claims are typical of the claims of the members of the Class because Defendant employed Plaintiffs as hourly-paid or non-exempt employees in the State of Washington. The claims of Plaintiffs, like the claims of the Class, arise out of the same common course of conduct by Defendant and are based on the same legal and remedial theories.

    4.5    <u>Adequacy.</u> Plaintiffs will fairly and adequately protect the interests of the Class. Plaintiffs have retained competent and capable attorneys who are experienced lawyers with significant experience in complex and class action litigation, including employment law. Plaintiffs and their counsel are committed to prosecuting this action vigorously on behalf of the Class and have the financial resources to do so. Neither Plaintiffs nor their counsel have interests that are contrary to or that conflict with those of the proposed Class.

    4.6    <u>Predominance.</u> Defendant has engaged in a common course of wage and hour abuse toward Plaintiffs and members of the Class. The common issues arising from this conduct that affect Plaintiffs and members of the Class predominate over any individual issues.

FIRST AMENDED CLASS ACTION COMPLAINT – 6

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

4.7     Superiority. Plaintiffs and the Class members have suffered and will continue to suffer harm and damages as a result of Defendant's unlawful and wrongful conduct. Absent a class action, however, most Class members likely would find the cost of litigating their claims prohibitive. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action. The Class members are readily identifiable from Defendant's records.

### V. SUMMARY OF FACTUAL ALLEGATIONS

5.1     Defendant has engaged in, and continues to engage in, a common course of wage and hour abuse against its hourly-paid or non-exempt employees in the state of Washington.

5.2     Failure to provide rest breaks. Defendant has engaged in a common course of failing to provide Plaintiffs and the Class members with a paid ten-minute rest break for every four hours of work.

5.3     Defendant has engaged in a common course of requiring or permitting Plaintiffs and the Class members to work more than three consecutive hours without a rest break.

5.4     Defendant has engaged in a common course of failing to ensure Plaintiffs and the Class members have taken the rest breaks to which they are entitled.

5.5     Defendant has engaged in a common course of failing to provide Plaintiffs and the Class members with ten-minutes additional pay and/or time worked for each missed rest break.

FIRST AMENDED CLASS ACTION COMPLAINT – 7

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California  91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

5.6     Each time an hourly-paid or non-exempt employee misses a rest break, Defendant receive the benefit of ten minutes worked without paying for the time worked.

5.7     As a result of Defendant's common course of failing to provide proper rest breaks to Plaintiffs and the Class members, Defendant failed to maintain accurate records of hours worked by Plaintiffs and the Class members.

5.8     Defendant had actual or constructive knowledge of the facts set forth above.

5.9     <u>Failure to provide meal breaks.</u> Defendant has engaged in a common course of failing to provide Plaintiffs and the Class members with a thirty-minute meal break for every five hours of work.

5.10    Defendant has engaged in a common course of requiring or permitting Plaintiffs and the Class members to work more than five consecutive hours without a meal break.

5.11    Defendant has engaged in a common course of failing to ensure Plaintiffs and the Class members have received the meal breaks to which they are entitled.

5.12    Defendant has engaged in a common course of failing to ensure Plaintiffs and the Class members are fully relieved of all work duties during their meal breaks.

5.13    Defendant has engaged in a common course of failing to provide Plaintiffs and the Class members with thirty minutes additional pay and/or time worked for each missed meal break.

5.14    Defendant had actual or constructive knowledge of the facts set forth above.

FIRST AMENDED CLASS ACTION COMPLAINT – 8

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California  91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

5.15   <u>Failure to pay minimum wages for all hours worked.</u> Defendant has engaged in a common course of failing to pay minimum wages to Plaintiffs and the Class members for all hours worked.

5.16   Defendant has engaged in a common course of failing to pay minimum wages to Plaintiffs and the Class members for all hours worked by failing to provide Plaintiffs and the Class members with ten minutes additional pay and/or time worked for each missed rest break.

5.17   Defendant has engaged in a common course of failing to pay minimum wages to Plaintiffs and the Class members for all hours worked by failing to provide Plaintiffs and the Class members with thirty minutes additional pay and/or time worked for each missed meal break.

5.18   Defendant had actual or constructive knowledge of the facts set forth above.

5.19   <u>Failure to pay all overtime wages due.</u> Defendant has engaged in a common course of failing to pay Plaintiffs and the Class members for all hours worked over forty in a week at a rate of not less than one and one-half times their regular rate of pay.

5.20   Defendant has engaged in a common course of failing to pay overtime wages to Plaintiffs and the Class members during workweeks in which missed rest break time extended the workweek beyond forty (40) hours.

5.21   Defendant has engaged in a common course of failing to pay overtime wages to Plaintiffs and the Class members during workweeks in which missed meal break time extended the workweek beyond forty (40) hours.

5.22   Defendant had actual or constructive knowledge of the facts set forth above.

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

5.23  Unlawful Deductions and Rebates. Defendant has engaged in a common course of making deductions and collecting rebates from the wages of Plaintiffs and the Class members.

5.24  Defendant has engaged in a common course of requiring Plaintiffs and the Class members to incur employer expenses and failing to reimburse them.

5.25  Defendant had actual or constructive knowledge of the facts set forth above.

5.26  Failure to accrue and allow use of paid sick leave. Defendant has engaged in a common course of failing to accrue sick leave for and failing to allow the usage of paid sick leave for qualifying absences by Plaintiffs and the Class members.

5.27  Defendant has engaged in a common course of failing to accrue sick leave for and failing to allow the usage of paid sick leave for qualifying absences by Plaintiffs and the Class members by failing to accrue paid sick leave for all hours worked by Plaintiffs and the Class members.

5.28  Defendant has engaged in a common course of failing to accrue sick leave for and failing to allow the usage of paid sick leave for qualifying absences by Plaintiffs and the Class members by failing to accrue paid sick leave for each missed rest break.

5.29  Defendant has engaged in a common course of failing to accrue sick leave for and failing to allow the usage of paid sick leave for qualifying absences by Plaintiffs and the Class members by failing to accrue paid sick leave for each missed meal break.

5.30  Defendant had actual or constructive knowledge of the facts set forth above.

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

5.31 <u>Failure to pay all wages due at termination.</u> Defendant has engaged in a common course of failing to pay Plaintiffs and the Class members all wages due at termination.

5.32 Defendant had actual or constructive knowledge of the facts set forth above.

5.33 <u>Failure to maintain accurate payroll records.</u> Under Washington law, an employer must keep and preserve payroll records that detail the "[h]ours worked each workday and total hours worked each workweek" and maintain those records for at least three years. WAC 296-128-010(6); WAC 296-126-050; *see also* RCW 49.46.0040(3).

5.34 Defendant has engaged in a common course of failing to keep accurate records of the hours Plaintiffs and the Class members worked each day or the total hours they worked each week.

5.35 Defendant had actual or constructive knowledge of the facts set forth above.

## VI.  FIRST CLAIM FOR RELIEF

**(Violations of RCW 49.12.020 and WAC 296-126-092 — Failure to Provide Rest Periods)**

6.1 Plaintiffs and the Class reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

6.2 RCW 49.12.010 provides that "[t]he welfare of the state of Washington demands that all employees be protected from conditions of labor which have a pernicious effect on their health. The state of Washington, therefore, exercising herein its police and sovereign power declares that inadequate wages and unsanitary conditions of labor exert such pernicious effect."

FIRST AMENDED CLASS ACTION COMPLAINT – 11

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

6.3     RCW 49.12.020 provides that "[i]t shall be unlawful to employ any person in any industry or occupation within the state of Washington under conditions of labor detrimental to their health."

6.4     Pursuant to RCW 49.12.005 and WAC 296-126-002, conditions of labor "means and includes the conditions of rest and meal periods" for employees.

6.5     WAC 296-126-092 provides that employees shall be allowed certain paid rest periods during their shifts.

6.6     Under Washington law, Defendant has an obligation to provide employees with the rest breaks to which they are entitled.

6.7     Under Washington law, Defendant has an obligation to ensure that employees receive the rest breaks to which they are entitled.

6.8     Under Washington law, Defendant has an obligation to provide employees with ten minutes of additional pay for each missed rest break.

6.9     By the actions alleged above, Defendant has violated the provisions of RCW 49.12.020 and WAC 296-126-092.

6.10    As a result of the unlawful acts of Defendant, Plaintiffs and the Class members (but not all) have been deprived of compensation in amounts to be determined at trial, and Plaintiffs and the Class members are entitled to the recovery of such damages, including interest thereon, attorneys' fees under RCW 49.48.030, and costs.

## VII.  SECOND CLAIM FOR RELIEF

**(Violations of RCW 49.12.020 and WAC 296-126-092 — Failure to Provide Meal Periods)**

7.1     Plaintiffs and the Class reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

FIRST AMENDED CLASS ACTION COMPLAINT – 12

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California  91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

7.2 RCW 49.12.010 provides that "[t]he welfare of the state of Washington demands that all employees be protected from conditions of labor which have a pernicious effect on their health. The state of Washington, therefore, exercising herein its police and sovereign power declares that inadequate wages and unsanitary conditions of labor exert such pernicious effect."

7.3 RCW 49.12.020 provides that "[i]t shall be unlawful to employ any person in any industry or occupation within the state of Washington under conditions of labor detrimental to their health."

7.4 Pursuant to RCW 49.12.005 and WAC 296-126-002, conditions of labor "means and includes the conditions of rest and meal periods" for employees.

7.5 WAC 296-126-092 provides that employees shall be allowed certain meal periods during their shifts.

7.6 Under Washington law, Defendant has an obligation to provide employees with the meal breaks to which they are entitled.

7.7 Under Washington law, Defendant has an obligation to ensure that employees receive the meal breaks to which they are entitled.

7.8 Under Washington law, Defendant has an obligation to provide employees with thirty minutes of additional pay for each missed meal break.

7.9 By the actions alleged above, Defendant has violated the provisions of RCW 49.12.020, and WAC 296-126-092.

7.10 As a result of the unlawful acts of Defendant, Plaintiffs and the Class members (but not all) have been deprived of compensation in amounts to be determined at trial, and Plaintiffs and the Class members are entitled to the recovery of such damages, including interest thereon, attorneys' fees under RCW 49.48.030, and costs.

FIRST AMENDED CLASS ACTION COMPLAINT – 13

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

## VIII.  THIRD CLAIM FOR RELIEF

**(Violation of RCW 49.46.130 — Failure to Pay Overtime Wages)**

8.1     Plaintiffs and the Class reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

8.2     RCW 49.46.130 provides that "no employer shall employ any of his or her employees for a workweek longer than forty hours unless such employee receives compensation for his or her employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he or she is employed."

8.3     By the actions alleged above, Defendant has violated the provision of RCW 49.46.130.

8.4     As a result of the unlawful acts of Defendant, Plaintiffs and the Class members (but not all) have been deprived of compensation in amounts to be determined at trial, and Plaintiffs and the Class members are entitled to the recovery of such damages, including interest thereon, attorneys' fees and costs under RCW 49.46.090.

## IX.  FOURTH CLAIM FOR RELIEF

**(Violation of RCW 49.46.090 — Payment of Wages Less Than Entitled)**

9.1     Plaintiffs and the Class reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

9.2     Under RCW 49.46.090, employers must pay employees all wages to which they are entitled under the Washington Minimum Wage Act (WMWA). RCW 49.46.010 defines "wage" as "compensation due to an employee by reason of employment, payable in legal tender of the United States or checks on banks convertible into cash on demand at full face value, subject to such deductions, charges, or allowances as may be permitted by rules of the director."

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

9.3     By the actions alleged above, Defendant has violated the provisions of RCW 49.46.090.

9.4     As a result of the unlawful acts of Defendant, Plaintiffs and the Class members (but not all) have been deprived of compensation in amounts to be determined at trial, and Plaintiffs and the Class members are entitled to the recovery of such damages, including interest thereon, attorneys' fees and costs under RCW 49.46.090.

## X.  FIFTH CLAIM FOR RELIEF

### (Violations of RCW 49.46.210 and WAC 296-128-620 – Failure to Accrue and Allow Use of Paid Sick Leave)

10.1    Plaintiffs and the Class reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

10.2    The Washington Paid Safe and Sick Leave Act, RCW 49.46.210, and its implementing regulations WAC 296-128-620, require that employees accrue paid sick leave for all hours worked at a rate of at least one hour for every forty hours worked.

10.3    Pursuant to RCW 49.46.200, Defendant must compensate Plaintiffs and the Class members at their regular and normal wages.

10.4    By the actions alleged above, Defendant has violated the provisions of RCW 49.46.210 and WAC 296-128-620.

10.5    As a result of the unlawful acts of Defendant, Plaintiffs and the Class members (but not all) have been deprived of compensation in amounts to be determined at trial, and Plaintiffs and the Class members are entitled to the recovery of such damages, including interest thereon, attorneys' fees and costs under RCW 49.46.090.

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California  91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

# XI.  SIXTH CLAIM FOR RELIEF

## (Violations of RCW 49.52.060 and WAC 296-126-028 – Unlawful Deductions and Rebates)

11.1  Plaintiffs and the Class reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

11.2  Pursuant to RCW 49.52.060 and WAC 296-126-028, an employer may not make deductions from an employee's wages except in limited circumstances.

11.3  Under Washington law, deductions and rebates must be identified and recorded "openly and clearly in employee payroll records." WAC 296-126-028(5); see also RCW 49.52.060; WAC 296-128-010(9).

11.4  RCW 49.52.070 provides that any employer who violates the foregoing statute shall be liable in a civil action for twice the amount of wages withheld, together with costs of suit and reasonable attorneys' fees.

11.5  By the actions alleged above, Defendant has violated the provisions of RCW 49.52.060 and WAC 296-126-028.

11.6  As a result of the unlawful acts of Defendant, Plaintiffs and the Class members (but not all) have been deprived of compensation in amounts to be determined at trial, and Plaintiffs and the Class members are entitled to the recovery of such damages, including interest thereon, attorneys' fees and costs under RCW 49.52.070.

# XII.  SEVENTH CLAIM FOR RELIEF

## (Violation of RCW 49.48.010 – Failure to Pay All Wages Due at Termination)

12.1  Plaintiffs and the Class reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

FIRST AMENDED CLASS ACTION COMPLAINT – 16

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

12.2   RCW 49.48.010 provides that "when any employee shall cease to work for an employer, whether by discharge or by voluntary withdrawal, the wages due him on account of his employment shall be paid to him at the end of the established pay period." The statute further states that it shall be unlawful for "any employer to withhold or divert any portion of an employee's wages."

12.3   By the actions alleged above, Defendant has violated the provisions of RCW 49.48.010.

12.4   As a result of the unlawful acts of Defendants, Plaintiffs and the Class members (but not all) who are no longer employed by Defendants have been deprived of compensation in amounts to be determined at trial, and Plaintiffs and the Class members who are no longer employed by Defendants are entitled to the recovery of such damages, including interest thereon, attorneys' fees under RCW 49.48.030, and costs.

## XIII.  EIGHT CLAIM FOR RELIEF

### (Violation of RCW 49.52.050 – Willful Refusal to Pay Wages)

13.1   Plaintiffs and the Class reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

13.2   RCW 49.52.050(2) provides that any employer who "willfully and with intent to deprive the employee of any part of his wages, pays any employee a lower wage than the wage such employer is obligated to pay such employee by any statute, ordinance, or contract" is guilty of a misdemeanor.

13.3   Defendant's violations of RCW 49.12.020, WAC 296-126-092, RCW 49.46.090, RCW 49.46.130, and RCW 49.48.010 were willful and intentional, and constitute violations of RCW 49.52.050.

FIRST AMENDED CLASS ACTION COMPLAINT – 17

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California  91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

13.4  RCW 49.52.070 provides that any employer who violates the provisions of RCW 49.52.050 shall be liable in a civil action for twice the amount of wages withheld, attorneys' fees, and costs.

13.5  As a result of the willful, unlawful acts of Defendant, Plaintiffs and the Class members (but not all) have been deprived of compensation in amounts to be determined at trial, and Plaintiffs and the Class members are entitled to recovery of twice such damages, including interest thereon, as well as attorneys' fees and costs under RCW 49.52.070.

## XIV.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on their own behalf and on behalf of the members of the Class, pray for a judgment against Defendant, as follows:

A.  Certify the proposed Class;

B.  Appoint Plaintiffs as Class representative;

C.  Appoint the undersigned attorneys as Class counsel;

D.  Declare that the actions complained of herein violate Washington law;

E.  Award Plaintiffs and the Class members compensatory and exemplary damages;

F.  Award attorneys' fees and costs to Plaintiff's attorneys, as allowed by law;

G.  Award pre-judgment and post-judgment interest to Plaintiff, and the Class members, as provided by law;

/ / /

/ / /

/ / /

FIRST AMENDED CLASS ACTION COMPLAINT – 18

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California  91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com

1  H.  Grant such other and further relief as this Court deems necessary.

2  RESPECTFULLY SUBMITTED AND DATED this 2nd day of May, 2025.

**JUSTICE LAW CORPORATION**

By:  /s/ Shunt Tatavos-Gharajeh
Douglas Han, WSBA #59429
Email: dhan@justicelawcorp.com
Shunt Tatavos-Gharajeh, WSBA #59424
Email: statavos@justicelawcorp.com
Dean Petitta, WSBA #58295
Email: dpetitta@justicelawcorp.com
751 North Fair Oaks Avenue, Suite 101
Pasadena, California 91103
Telephone: (818) 230-7502
Facsimile: (818) 230-7259

*Attorneys for Plaintiffs*

FIRST AMENDED CLASS ACTION COMPLAINT – 19

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that, on the date stated below, I did the following:

On May 2, 2025, I transmitted a true copy of:

**FIRST AMENDED CLASS ACTION COMPLAINT**

in the above-entitled matter to:

| | |
|---|---|
| Breanne S. Martell, WSBA # 39632 | [X] By ECF |
| Gray Jeong, WSBA #61858 | [X] By Electronic Mail per |
| **LITTLER MENDELSON, P.C.** | e-service agreement |
| One Union Square | |
| 600 University Street, Suite 3200 | |
| Seattle, WA 98101-3122 | |
| bsmartell@littler.com | |
| gjeong@littler.com | |
| **LEGAL STAFF:** | |
| Katie Strobel | |
| kangelikis@littler.com | |
| *Attorney(s) for Defendant Lamb Weston, Inc.* | |

Executed on May 2, 2025, at Pasadena, California.

/s/ *Sophia Hanneyan*
Sophia Hanneyan

FIRST AMENDED CLASS ACTION COMPLAINT – 20

JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com