FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DERRICK GILBERT and COLE NYCE, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

LAMB WESTON, INC., an Idaho corporation,

Defendant.

No. 4:25-CV-05040-MKD

ORDER OF DISMISSAL WITHOUT PREJUDICE

**ECF No. 19**

Before the Court is the parties' Stipulation of Dismissal without Prejudice Pursuant to Rule 41(a)(1)(A)(ii). ECF No. 19. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The parties stipulate and agree to the dismissal of this action in its entirety without prejudice, each party to bear their own attorney's fees and costs. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED without prejudice**, without an award of fees or costs.

2. Any pending motions are **DENIED as moot**.

3. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED October 6, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE